### Cobham ag^t Joanes

· Josiah Cobham Senio^r or his Attourny pl^t ag^t Robert Joanes Def^{dt} in an action of the case for not paying the full and just quantity of Nine thousand & two hundred foote of Merchantable pine boards due according to bill under the hand of the s^d Joans bearing date the. 6th of Decemb^r 1677. which is to the plaint^s great damage w^{th} all other due damages &c. . . . The Jury . . . found for the plaint. nine thousand two hundred foote of Merchanta^{ble} pine boards according to bill & costs of Court granted twenty one Shilling and eleven pence.

Execucion issu^d May. 3^d 1678.

### Harbour ag^t Webb etc.

John Harbour plaint. ag^t Christopher Webb and Joseph Allen Def^{ts} in an action of the case for mowing and carrying away grass off of his meadow which was formerly the meadow of his Father contrary to any good order to the great damage & loss of the s^d Harbour: . . . . The Jury . . . found for the Defend^{ts} costs of Court allow^d Fifteen Shillings 2^d

### Scarlett ag^t Gilman

John Scarlett of Boston plaint. ag^t Moses Gilman of Exiter Defd^t in an action of debt of Eleven pounds nineteen Shillings & Six pence in good Merchantable [501] pine boards at mony's price to bee p^d at Boston as will appeare by bill under his hand bearing date Decemb^r 23: 1676. w^{th} all other due damages &c. . . . The Jury . . . found for the plaint. Eleven pounds Nineteen Shillings six pence to bee p^d according to bill & costs of Court grant^d thirty three Shillings & four pence.

Execucion issu^d 4º May. 1678.